Before the Second Division, March 31, 1966

**No. P66/11.**—G. Joannou Cycle Co., Inc., et al. *v.* United States, protests 58/8718, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar

in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.